IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:25-MJ-790 |
| FRANCISCO JESUS MENA (01) | |

### CRIMINAL COMPLAINT

I, Michael Lugo, being first duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

Between on or about May 13, 2025 and May 25, 2025, in the Northern District of Texas and elsewhere, defendant **Francisco Jesus MENA** did threaten to assault and murder a United States Official, namely, the President, with the intent to impede, intimidate, and interfere with the President while engaged in the performance of his official duties, and to retaliate against the President on account of the performance of his official duties, in violation of 18 U.S. Code § 115(a)(1)(B).[1]

**Introduction And Agent Background:**

1. I, Michael Lugo, affiant, under oath, duly state that I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), assigned to the Joint Terrorism Task Force (JTTF) of the Dallas Division in the Northern District of Texas.

---

[1] Title 18 U.S. Code § 115(a)(1)(B) – Influencing, impeding, or retaliating against a Federal official – provides: Whoever threatens to assault, kidnap, or murder, a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties, shall be punished as provided in subsection (b).

Criminal Complaint – Page 1

2.     The facts in this complaint come from personal observations, training and experience, information obtained from other law enforcement officers and witnesses, and review of records. This complaint is intended to show merely that there is sufficient probable cause that the defendant named herein committed the crimes charged and does not set forth all knowledge about this matter.

**Probable Cause:**

3.     On or about May 27, 2025, the FBI received information regarding YouTube user **Francisco Jesus Mena** posting threatening statements towards Federal law enforcement officers and the President of the United States.

4.     Google records show that between May 13, 2025 and May 25, 2025, **Mena** posted threats towards multiple people and groups of people, including the following:

- "KILL TRUMP 2025 🔪 🔪 🔪 💣"

- "KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP"

- "PAY ME, I WILL KILL TRUMP"

- "IF YOU NEED TO HIRE SOMEONE WITH BALLS. LET ME KNOW...I DON'T NEED MONEY TO TAKE OUT TRUMP....JUST GIVE ME A REALLY GOOD SNIPER...."

- "I will pay someone to give me access to beat up TRUMP"

- "I want to take out Trump and alot of his followers .... Wussyboi 🔪🔪🔪🔪 💥💥💥💥💥"

- "ICE COMES TO MY HOUSE, I WILL RESPOND WITH A GUNFIGHT!"

- "I stabbed an ICE AGENT in 2009 ...i saw his own face asking and begging me to stop....I WOULD LOVE TO DO THIS AGAIN"

- "Ice doing ice stuff...in Mexico we cut up people with blond hair and blue eyes.... We will BLOODSHED this nation soon."

- ID LIKE TO BE THERE TO BEAT THE UP...FK TRUMP PPL .... YOU ARE THE PRIME TARGET IN THE WHOLE U.S.A. BLACKS, WHITE, MEXICAN, ASIANS VS. TRUMP SUPPORTERS....WE WILL MURDER YOU!!!"

- "She is Cartel. Just like all of us chicanos here waiting to see whats the next move...ICE will be the next target. Then all these Trump mfs will die next."

- "HAHAHAHA FUCKING BITCH ASS FAGGOT ASS TRUMP. FUCK HIS SUPPORTERS TOO...WE OUT HERE KILLING THEM ALL SLOWLY . STABBED, SHOT, DRUGGED , HUNG, EVERYTHING! FUCK WHAT YOU'RE GOING THROUGH!!!!"

5. The above comments were all posted by YouTube channel UCuxUxx45I8qphtMTL1-7Nww, owned by the email account frankiemena8967@gmail.com. Google records show the subscriber information for this account—including birthdate, phone number, and address—to be those of **Mena**.

6. On May 29, 2025, I and a United States Secret Service Special Agent interviewed **Mena** at **Mena's** residence in North Richland Hills, Texas. **Mena** admitted to making the posts. **Mena** also admitted to knowing that "people would knock on the

door" regarding his online posts, which shows that he knew his posts would be seen as threats.

7. I, therefore, submit there is probable cause to believe between on or about May 13, 2025 and May 25, 2025, in the Northern District of Texas and elsewhere, defendant **Francisco Jesus Mena** threatened the President, in violation of 18 U.S. Code § 115(a)(1)(B).

_____
Michael Lugo, Task Force Officer
Federal Bureau of Investigation

SWORN AND SUBSCRIBED before me, on this 16TH day of December, 2025, at 2:26 a.m./p.m. in Fort Worth, Texas.

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE