ORIGINAL

FILED-USDC-NDTX-DA
'26 FEB 3 PM3:39

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.  4:26-cr-24-O |
| FRANCISCO JESUS MENA (01) | |

### INDICTMENT

The Grand Jury charges:

Counts One Through Ten
Threatening a Federal Official
Violation of 18 U.S.C. § 115(a)(1)(B)

On or about the dates listed in the table below, in the Northern District of Texas and elsewhere, the defendant, **Francisco Jesus Mena**, threatened to assault and murder a United States official, namely, the President, and federal law enforcement officers, namely, unnamed ICE agents, with intent to impede, intimidate, and interfere with such official and federal law enforcement officers, while engaged in the performance of their official duties, and to retaliate against such official and federal law enforcement officers on account of the performance of their official duties, each threat being a separate count:

| Count | Date | Threat |
|---|---|---|
| 1 | 5/13/2025 | KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP KILL TRUMP |
| 2 | 5/23/2025 | KILL TRUMP 2025 ⚔️ ☠️ ⚔️ 👉 🩸 |

Indictment - Page 1

| 3 | 5/23/2025 | ICE COMES TO MY HOUSE , I WILL RESPOND WITH A GUNFIGHT! 👆💥💥💥💥💥💥💥💥💥💥💥 🪦🪦🪦🪦🪦🗑️🥩🥩🥩🥩🥩 |
| --- | --- | --- |
| 4 | 5/23/2025 | I stabbed an ICE AGENT in 2009 ...i saw his own face asking and begging me to stop....I WOULD LOVE TO DO THIS AGAIN ⚔️☠️⚔️ |
| 5 | 5/23/2025 | She is Cartel. Just like all of us chicanos here waiting to see whats the next move...ICE will be the next target. Then all these Trump mfs will die next |
| 6 | 5/23/2025 | We out here in California KILLING ICE AGENTS. . . . DON'T TRAVEL TO THE SOUTH.YOU WITH BLUE EYES AND WHITE SKIN WILL GET CHOPPED. ⚔️☠️⚔️ |
| 7 | 5/24/2025 | PAY ME, I WILL KILL TRUMP |
| 8 | 5/24/2025 | I will pay someone to give me access to beat up TRUMP |
| 9 | 5/25/2025 | IF YOU NEED TO HIRE SOMEONE WITH BALLS. LET ME KNOW...I DON'T NEED MONEY TO TAKE OUT TRUMP....JUST GIVE ME A REALLY GOOD SNIPER.... |
| 10 | 5/25/2025 | ...WHO IS I.C.E. think they are? . . . I WILL PAY ICE WITH A GUNFIGHT... |

All in violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL.

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

FRANCISCO JESUS MENA (01)

INDICTMENT

18 U.S.C. § 115(a)(1)(B)
Threatening a Federal Official
Counts 1 - 10

A true bill rendered

                                                                            _____
                                                                            FOREPERSON

DALLAS

Filed in open court this 3rd day of February 2026.

**Defendant on Pretrial Release**

UNITED STATES MAGISTRATE JUDGE
Magistrate Case Number:   4:26-MJ-790-BP