IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       § | |
| § | |
| PLAINTIFF,       § | |
| v.       § | CAUSE NO. 4:26-CR-00024-O (01) |
| § | |
| FRANCISCO JESUS MENA,       § | |
| § | |
| DEFENDANT.       § | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

TO THE HONORABLE REED C. O'CONNOR, CHIEF UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, FRANCISCO JESUS MENA ("Mr. Mena"), by and through his counsel of record, Assistant Federal Public Defender Eduardo Carranza, and respectfully moves this Honorable Court for an order continuing the trial date and all related deadlines set in this case and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, §§ 3161, *et seq.* In support therefore, counsel states as follows:

1. On February 3, 2026, Mr. Mena was named on a ten-count indictment charging Threatening a Federal Official, in violation of 18 U.S.C. § 8115(a)(1)(B).

2. On February 10, 2026, the Court entered a Scheduling Order setting trial for March 23, 2026, and establishing March 2, 2026, as the deadline for pretrial filings.

3. In early February 2026, undersigned counsel received a hard drive containing approximately 278 gigabytes of discovery. Additional time is necessary for the

defense to continue to review the discovery material with Mr. Mena, conduct a thorough investigation, and determine whether expert consultation will be required or whether the case may be resolved through a plea agreement. If the matter does not resolve by plea, the requested time will also be used to prepare for trial.

4. Mr. Mena has further advised undersigned counsel that he wishes to have additional time to consult with and potentially retain private counsel. A brief continuance will allow him a meaningful opportunity to do so. Undersigned counsel remains counsel of record unless relieved by the Court.

5. To protect Mr. Mena's rights, the defense respectfully requests that the Court continue the trial in this matter for thirty (30) days, with a corresponding extension of all associated deadlines, or for such period as the Court deems appropriate.

6. This request is made in good faith and not for purposes of delay, but to allow adequate time to review discovery, prepare the case, and ensure effective representation.

7. Undersigned counsel has conferred with Assistant United States Attorney Matthew Weybrecht, who does not oppose the requested continuance.

8. Counsel currently has no blackout dates.

WHEREFORE, Mr. Mena respectfully requests this Court grant the unopposed motion to continue trial and extend all associated deadlines by thirty (30) days, or as otherwise directed by the Court.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ Eduardo Carranza
EDUARDO CARRANZA
Assistant Federal Public Defender
Texas State Bar No.: 24086168
819 Taylor St., Room 9A10
Fort Worth, TX 76102
Phone: (817) 978-2753
Fax: (817) 978-2757
Email: EDUARDO_CARRANZA@fd.org

## CERTIFICATE OF CONFERENCE

I, Eduardo Carranza, hereby certify that on February 25, 2026, I conferred with Assistant United States Attorney Matthew Weybrecht and confirmed the Government is unopposed to this motion to continue the trial date and all related deadlines.

*/s/ Eduardo Carranza*
EDUARDO CARRANZA
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I filed this document with the Clerk for the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to all parties of record.

*/s/ Eduardo Carranza*
EDUARDO CARRANZA
Assistant Federal Public Defender