IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                              No. 4:26-CR-24-O

FRANCISCO JESUS MENA (01)

## ORDER

Before the Court is the Government's Unopposed Motion for Pretrial Authentication of Self-Authenticating Evidence, Dkt. 31, in connection with the above-referenced case. After consideration, the Court determines that the motion should be and is hereby **granted**.

1. It is hereby ordered that the records described below are deemed authentic under Federal Rule of Evidence 902(13). The parties may still object to admissibility of such records on other bases, such as relevance or hearsay.

| DESCRIPTION |
| --- |
| Google Records for F**************@gmail.com; Google Ref. No. 95149748 (record) |
| Google Records for F*************@gmail.com; Google Ref. No. 118992093 (search warrant return) |

Signed and entered this 7th day of June, 2026.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

**Order on Government's Unopposed Motion for Pretrial Authentication of Evidence — Page 1**