**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**MINUTE ORDER**

| | |
|---|---|
| Type hearing: | Rearraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:26-CR-00024-O |
| Defendant | FRANCISCO JESUS MENA, sworn |
| Court Reporter | *Zoie Williams* |
| Interpreter: | |
| US Attorney: | Matthew Robert Weybrecht |
| Defense Attorney: | John M Helms |
| Time in Court: | 12 minutes |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | 10th day of June, 2026 |
| Status: | Defendant entered plea of guilty to Count(s) 3 of the Indictment |

Deft TBS: 8:30 a.m. - October 2, 2026

PSI Referral Form to Defendant's Attorney
Scheduling Order to follow
Deft continued in bond

| | |
|---|---|
| Deputy Clerk: | E. Moore |