IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:26-CR-024-O

FRANCISCO JESUS MENA (01)

**GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY**

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

**Acceptance of Responsibility - Page  1**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


*/s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
Texas State Bar No. 24033206
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: matthew.weybrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney

**Acceptance of Responsibility - Page  2**